# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: RODIN, ELLEN ELVIE SROOG § Case No. 13-40732-RLE
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 07, 2013. The undersigned trustee was appointed on February 07, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     333,138.39

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 64.02 |
| Bank service fees | 1,859.36 |
| Other payments to creditors | 238,706.05 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 92,508.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/06/2013 and the deadline for filing governmental claims was 12/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,906.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,699.66, for a total compensation of $13,699.66.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $127.99, for total expenses of $127.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/05/2015          By: /s/John T Kendall
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-40732-RLE | **Trustee:** | (007360) | John T Kendall |
| **Case Name:** | RODIN, ELLEN ELVIE SROOG | **Filed (f) or Converted (c):** | 02/07/13 (f) | |
| | | **§341(a) Meeting Date:** | 03/13/13 | |
| **Period Ending:** | 06/05/15 | **Claims Bar Date:** | 12/06/13 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 641-643, Warburton Ave, Yonkers NY 107 Amended Sch C filed. docket #14; Amended Sch C filed, docket #99 9/12/13. Four Unit residential complex. Debtor occupies one unit. Value as appraised October 2012. Debtor holds title as joint tenant 50% with partner Martin Schwartz. FMV: $325k. Loan: $126,153 Objection to Claimed exemption filed, hearing pending 8/12/13-8/13/13 - Exemption disallowed at hearing. Trustee to hire property manager per Judge's order - EPA Realty to be employed by BK estate ($500 monthly fee) 1st Offer to sell fell through 11/21/13, second offer received, pending approval (11/22/13) Order Approving Sale entered 4/22/14 docket #154 | 99,423.00 | 172,522.00 | | 327,203.38 | FA |
| 2 | Financial Accounts Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Financial Accounts Wells Fargo. IOLTA account. money does not belong to debtor. not part of estate. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Financial Accounts New York Commercial Bank - checking This is the account that is used for recieving rents from tenants and paying the mortgage and expenses. The debtor holds this money in trust for the tenants to buy the heating oil. The tenants also deposit money into the account to pay for heating oil. This money is not part of the estate. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 1995 Mercedes E320 268k miles. | 2,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40732-RLE  **Trustee:** (007360) John T Kendall
**Case Name:** RODIN, ELLEN ELVIE SROOG  **Filed (f) or Converted (c):** 02/07/13 (f)
 **§341(a) Meeting Date:** 03/13/13
**Period Ending:** 06/05/15  **Claims Bar Date:** 12/06/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Debtor Claimed Exemption | | | | | |
| 9 | 2000 Ford F150 pickup truck.<br>    This is used in debtor's husband's contracting work.<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1998 Ford F250 pickup truck. not running.<br>    Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Other Miscellaneous<br>    Potential cause of action against the city of Yonkers NY to lower the property tax assessment value of the property. Debtor does not believe she will receive any money from this cause of action, but mereley hopes that the city will lower the property taxes. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Other Miscellaneous<br>    Mechanics Lien for attorney fees: Debtor filed a lien for $37,000 in attorney fees against a vacant plot of real property located in El Dorado County California that belongs to Robert Shiflett. The land is valueless, and debtor does not believe she will recover anything from this lien. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Accounts Receivable and Attorney's lien claims (u)<br>    Amended schedule B 12/02/13<br>Objection to Trustees claim of exemption sustained doc 138<br>2438 Myrtle Street, Oakland - $10,000 - Compromise for $10K with Urban Estates LLC, Justin Dawson<br>2432 Myrtle Street, Oakland - $35,000 -FMV estimated<br>Raw Land El Dorado County - $30,427<br>The Trustee has been unable to verify that fees were awarded and the claims are scheduled as disputed. The value of the El Dorado parcels is minimal.<br>Unpaid fee award $73,402 (Fremon vs Cole) 2011. There is no lien for the fee award. The debtor failed to record clients judgement or collect fees | 17,750.00 | 45,000.00 | | 0.00 | FA |
| 14 | Rents (u)<br>    Rents collected 641 - 643 Warburton Ave | 5,000.00 | 5,000.00 | | 5,935.01 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40732-RLE  **Trustee:** (007360) John T Kendall
**Case Name:** RODIN, ELLEN ELVIE SROOG  **Filed (f) or Converted (c):** 02/07/13 (f)
  **§341(a) Meeting Date:** 03/13/13
**Period Ending:** 06/05/15  **Claims Bar Date:** 12/06/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Personal injury claim (u)<br>   The debtor amended thier schedules to disclose the personal injury action, 2 years after the event. The Trustee has objected to the claim of exemption and is investigating the claim. No claim made by debtor, Statute of Limkitations has expired. | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$138,673.00** | **$222,522.00** | | **$333,138.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/3/14: Sale of RP Noticed, Hearing set for 4/16/14

Objection to Third Amended Claim of Exemption, Hearing set for 2/5/2014 2pm

Homestead exemption denied. Trustee in the process of researching & employing Real Estate Broker to sell NY RP. (9/9/13)

Richard Avila added to case only for hearing regarding claimed homestead exemption filed (8/8/2013)

Hearing on Trustee's Motion to Compel Debtor's Coopearation and Turnover of Accounting re NY RP 7/24/13 2pm, Order entered 7/25/13.

Objection to Homestead Exemption filed. Trial set for 8/12-13/2013. Discovery cut off 7/31/13.

Creditor filed motion to transfer case to Southern District of New York (5/2/2013). Objection to transfer of case filed. DENIED.

Trustee to manager RP in NY. In process of hiring a property manager (6/17/13) Trustee's Application to Employ Property Manager, EPA Realty, Inc.

Homestead exemption denied. Trustee in the process of researching & employing Real Estate Broker to sell NY RP. (9/9/13)

Second Amended Objection to Exemptions filed 10/10/13

10/16/13: First Offer $330K will confirm with co owner, notice sale - discovered two liens for Atty fees - $10K comp for one

------------------------------------------------------------------------

08/14/14 Need order to disburse legal fees of $16,605.05 in escrow, return of overpayment of brokers commission $1,250, explanation of payable to Krinsky & Drogin on escrow statement $119,268.33 and revised settlement statment

Objection or resolution of Schwartz claim 6, reimbursement of mortgage pmts, filed as secured claim.

02/10/15 Schwartz claim has been resolved

The case is ready to close, waiting final fee applications.

**Initial Projected Date Of Final Report (TFR):** June 15, 2014  **Current Projected Date Of Final Report (TFR):** May 31, 2015

June 5, 2015  /s/ John T Kendall
Date  John T Kendall

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-40732-RLE  
**Case Name:** RODIN, ELLEN ELVIE SROOG  

**Taxpayer ID #:** **-***2921  
**Period Ending:** 06/05/15  

**Trustee:** John T Kendall (007360)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********23 - Checking Account (Non-Int  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/13 | {14} | EFA REALTY INC. | July 2013 Rent | 1222-000 | 2,295.00 | | 2,295.00 |
| 08/02/13 | 30001 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 July 2013 Payment | 2420-000 | | 260.90 | 2,034.10 |
| 08/07/13 | {14} | EFA REALTY INC. | July 2013 Rent | 1222-000 | 300.00 | | 2,334.10 |
| 08/07/13 | 30002 | CONSOLIDATED EDISON COMPANY OF N.Y. | Utility Payment Account #51-1103-0188-0009-8 | 2420-000 | | 39.69 | 2,294.41 |
| 08/07/13 | 30003 | CONSOLIDATED EDISON COMPANY OF N.Y. | Utility Payment Account #51-1103-0188-0520-2 | 2420-000 | | 90.81 | 2,203.60 |
| 09/04/13 | {14} | EFA REALTY, INC. | August Rents | 1222-000 | 3,340.01 | | 5,543.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,533.61 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,523.61 |
| 10/11/13 | 30004 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 | 2420-000 | | 782.70 | 4,740.91 |
| 10/11/13 | 30005 | CONSOLIDATED EDISON COMPANY OF N.Y. | Account #51-1103-0188-0009-8 Aug & Sept | 2420-000 | | 78.15 | 4,662.76 |
| 10/11/13 | 30006 | CONSOLIDATED EDISON COMPANY OF N.Y. | Account #51-1103-0188-0502-2 Aug & Sept | 2420-000 | | 100.06 | 4,562.70 |
| 10/11/13 | 30007 | CONSOLIDATED EDISON COMPANY OF N.Y. | Account #51-1103-0188-0202-9 July August & Sept. | 2420-000 | | 9.41 | 4,553.29 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,543.29 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,533.29 |
| 12/23/13 | 30008 | INTERNATIONAL SURETIES | Blanket Bond #016048574 | 2300-000 | | 10.51 | 4,522.78 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,512.78 |
| 01/17/14 | 30009 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 | 2420-000 | | 546.80 | 3,965.98 |
| 01/29/14 | 30010 | EFA REALTY INC. | Oil for Boiler | 3992-470 | | 500.00 | 3,465.98 |
| 02/07/14 | 30011 | EFA REALTY INC. | Oil for Boiler | 3992-470 | | 550.00 | 2,915.98 |
| 02/07/14 | 30012 | CONSOLIDATED EDISON COMPANY OF N.Y. | Account #51-1103-0188-0202-9 | 2420-000 | | 997.42 | 1,918.56 |
| 02/07/14 | 30013 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 | 2420-000 | | 521.80 | 1,396.76 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,386.76 |
| 03/07/14 | | TOWER GROUP | INSURANCE REFUND | 2420-000 | | -521.80 | 1,908.56 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,898.56 |
| 03/14/14 | 30014 | EFA REALTY INC. | Oil for Boiler | 3992-470 | | 1,000.00 | 898.56 |
| 04/02/14 | 30015 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 06 02 | 2420-000 | | 554.95 | 343.61 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 333.61 |

Subtotals: $5,935.01 $5,601.40

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-40732-RLE  
**Case Name:** RODIN, ELLEN ELVIE SROOG  

**Taxpayer ID #:** **-***2921  
**Period Ending:** 06/05/15  

**Trustee:** John T Kendall (007360)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********23 - Checking Account (Non-Int  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/14/14 | 30016 | TOWER NATIONAL INSURANCE COMPANY | Policy #B31-6005009 | | 2420-000 | | 269.20 | 64.41 |
| 06/23/14 | | TARTER KRINSKY & DROGIN LLP | SALE OF REAL PROPERTY | | | 126,910.13 | | 126,974.54 |
| | {1} | | Sale of Real Property | 327,203.38 | 1110-000 | | | 126,974.54 |
| | | EFA Realty Inc | R/E Commission | -6,500.00 | 3510-000 | | | 126,974.54 |
| | | BHG Rand Realty | R/E Commission | -8,125.00 | 3510-000 | | | 126,974.54 |
| | | Crossroads Realty | R/E Commission | -8,125.00 | 3510-000 | | | 126,974.54 |
| | | New York Community Bank | R/E Loan | -150,692.33 | 4110-000 | | | 126,974.54 |
| | | Tarter Krinsky & Drogin LLP | Cost of Sale | -8,994.87 | 2500-000 | | | 126,974.54 |
| | | Tarter Krinsky & Drogin LLP | Legal Fees Application and Order Pending | -16,606.05 | 3210-600 | | | 126,974.54 |
| | | EFA REALTY INC. | Management Fees | -1,250.00 | 3991-460 | | | 126,974.54 |
| 07/08/14 | | ASSOCIATED BANK | Bank and Technology Services Fees | | 2600-000 | | 48.77 | 126,925.77 |
| 08/08/14 | | ASSOCIATED BANK | Bank and Technology Services Fees | | 2600-000 | | 188.67 | 126,737.10 |
| 08/08/14 | | Transfer to Close Out Previous Trustee Account | Transfer to Close Out Previous Trustee Account | | 1290-000 | -126,737.10 | | 0.00 |

| | | | | ACCOUNT TOTALS | 6,108.04 | 6,108.04 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,108.04** | **6,108.04** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,108.04** | **$6,108.04** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-40732-RLE  
**Case Name:** RODIN, ELLEN ELVIE SROOG  

**Taxpayer ID #:** **-***2921  
**Period Ending:** 06/05/15

**Trustee:** John T Kendall (007360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/14 | | Transfer to Close Out Previous Trustee Account | Transfer to Close Out Previous Trustee Account | 1290-000 | 126,737.10 | | 126,737.10 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.60 | 126,609.50 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.24 | 126,415.26 |
| 10/15/14 | | TOWER NATIONAL INSURANCE COMPANY | Ref # Policy #B31-6005009 | 2420-000 | | -618.80 | 127,034.06 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.33 | 126,845.73 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.20 | 126,681.53 |
| 12/08/14 | 101 | Prof. Martin Schwartz | Stipulation doc 173 | 4110-000 | | 49,857.56 | 76,823.97 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.51 | 76,617.46 |
| 01/07/15 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2015 FOR CASE #13-40732, Bond # 016048574  Term: 01/01/15 to 01/01/16 | 2300-000 | | 110.98 | 76,506.48 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.82 | 76,324.66 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.75 | 76,195.91 |
| 03/13/15 | | INTERNATIONAL SURETIES, LTD | Premium adjustment | 2300-000 | | -57.47 | 76,253.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.95 | 76,136.43 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.50 | 76,026.93 |
| 05/04/15 | | Tarter Krinsky & Drogin LLP | Refund of Fees, Application Pending | 3210-600 | | -16,606.05 | 92,632.98 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.02 | 92,508.96 |
| | | | **ACCOUNT TOTALS** | | 126,737.10 | 34,228.14 | **$92,508.96** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 126,737.10 | 34,228.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$126,737.10** | **$34,228.14** | |

Net Receipts : 132,845.14  
Plus Gross Adjustments : 200,293.25  
_____  
Net Estate : $333,138.39

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********23 | 6,108.04 | 6,108.04 | 0.00 |
| Checking # ******2666 | 126,737.10 | 34,228.14 | 92,508.96 |
| | **$132,845.14** | **$40,336.18** | **$92,508.96** |

June 5, 2015  
_____  
Date

/s/ John T Kendall  
_____  
John T Kendall

| Case Number: | 13-40732-RLE | Page: 1 | Date: | June 5, 2015 |
|---|---|---|---|---|
| Debtor Name: | RODIN, ELLEN ELVIE SROOG | | Time: | 12:13:33 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | TOWER NATIONAL INSURANCE COMPANY<br>Payment Center<br>PO Box 827923<br>Philadelphia, PA 19182-7923 | Admin Ch. 7 | Policy #B31-6005009<br>Insurance for New York Building | $1,795.75 | $1,795.75 | 0.00 |
| 200 | CONSOLIDATED EDISON COMPANY OF N.Y.<br>Jaf Station<br>PO Box 1702<br>New York, NY 10116-1702 | Admin Ch. 7 | | $1,315.54 | $1,315.54 | 0.00 |
| 200 | Tarter Krinsky & Drogin LLP | Admin Ch. 7 | | $8,994.87 | $8,994.87 | 0.00 |
| 200 | EFA Realty Inc<br>Attn: Erik Alberti<br>245 Park Avenue, 39th Floor<br>New York, NY 10167 | Admin Ch. 7 | | $6,500.00 | $6,500.00 | 0.00 |
| 200 | BHG Rand Realty | Admin Ch. 7 | | $8,125.00 | $8,125.00 | 0.00 |
| 200 | Crossroads Realty | Admin Ch. 7 | | $8,125.00 | $8,125.00 | 0.00 |
| 200 | EFA REALTY INC.<br>Attn: Erik Alberti<br>245 Park Avenue, 39th Floor<br>New York, NY 10167 | Admin Ch. 7 | Property Manager | $1,250.00 | $1,250.00 | 0.00 |
| 200 | EFA REALTY INC.<br>Attn: Erik Alberti<br>245 Park Avenue, 39th Floor<br>New York, NY 10167 | Admin Ch. 7 | Property Manager | $2,050.00 | $2,050.00 | 0.00 |
| 200 | Rabobank, N.A. | Admin Ch. 7 | | $1,541.92 | $1,541.92 | 0.00 |
| 200 | ASSOCIATED BANK | Admin Ch. 7 | | $317.44 | $317.44 | 0.00 |
| BOND-1 200 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $64.02 | $64.02 | 0.00 |
| 210 | Tevis Thompson, Jr<br>PO Box 1110<br>Martinez, CA 94553 | Admin Ch. 7 | | $9,953.46 | $0.00 | 9,953.46 |
| 210 | John T Kendall<br>945 Morning Star Dr<br>Sonora, CA 95370 | Admin Ch. 7 | | $9,953.46 | $0.00 | 9,953.46 |
| 210 | Tevis Thompson, Jr<br>PO Box 1110<br>Martinez, CA 94553 | Admin Ch. 7 | | $140.60 | $0.00 | 140.60 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 6, 2013

**Case Number:** 13-40732-RLE  
**Debtor Name:** RODIN, ELLEN ELVIE SROOG

Page: 2

**Date:** June 5, 2015  
**Time:** 12:13:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 210 | John T Kendall<br>945 Morning Star Dr<br>Sonora, CA 95370 | Admin Ch. 7 | | $45.38 | $0.00 | 45.38 |
| 210 | GOLDBERG, STINNETT, DAVIS & LINCHE<br>Attn: Dan Linchey<br>44 Montgomery Street, Suite 850<br>San Francisco, CA 94104 | Admin Ch. 7 | | $74,861.50 | $0.00 | 74,861.50 |
| 210 | Tarter Krinsky & Drogin LLP | Admin Ch. 7 | | $16,606.05 | $0.00 | 16,606.05 |
| 210 | GOLDBERG, STINNETT, DAVIS & LINCHE<br>Attn: Dan Linchey<br>44 Montgomery Street, Suite 850<br>San Francisco, CA 94104 | Admin Ch. 7 | | $2,941.76 | $0.00 | 2,941.76 |
| 210 | BACHECKI, CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>180 MONTGOMERY ST, STE 2340<br>SAN FRANCISCO, CA 94104-4203 | Admin Ch. 7 | | $19,780.50 | $0.00 | 19,780.50 |
| 210 | BACHECKI, CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>180 MONTGOMERY ST, STE 2340<br>SAN FRANCISCO, CA 94104-4203 | Admin Ch. 7 | | $141.72 | $0.00 | 141.72 |
| 9 -1<br>540 | Elias S. Negron<br>643 Warburton Ave<br>Yonkers, NY 10701 | Priority | | $400.00 | $0.00 | 400.00 |
| SEC-2<br>100 | Prof. Martin Schwartz<br>Dept of Near Eastern Studies<br>250 Barrows Hall, Univ of California<br>Berkeley, CA 94720 | Secured | Doc 178 ord per stip doc 173 | $49,857.56 | $49,857.56 | 0.00 |
| SEC1 -1<br>100 | New York Community Bank | Secured | | $150,692.33 | $150,692.33 | 0.00 |
| 1 -2<br>610 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 2 -1<br>610 | Michael D. Leventhal<br>1880 Century Park East, Ste 404<br>Los Angeles, CA 90067 | Unsecured | | $6,774.23 | $0.00 | 6,774.23 |
| 3 -1<br>610 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $466.30 | $0.00 | 466.30 |
| 4 -1<br>610 | Colonial Pacific Leasing Corporation<br>Hemar, Rousso & Heald, LLP,c/o Raffi<br>Khatchadourian, Esq.,15910 Ventura Boule<br>Encino, CA 91436 | Unsecured | | $73,294.84 | $0.00 | 73,294.84 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 6, 2013

**Case Number:** 13-40732-RLE  
**Debtor Name:** RODIN, ELLEN ELVIE SROOG

Page: 3

**Date:** June 5, 2015  
**Time:** 12:13:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 -1 610 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $353.84 | $0.00 | 353.84 |
| 6 -1 610 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $107.26 | $0.00 | 107.26 |
| 7 -1 610 | American InfoSource LP as agent for DIRECTV, LLC<br>Mail Station N387,2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | | $87.94 | $0.00 | 87.94 |
| 8 -1 610 | Martin Schwartz<br>c/o Suzette Torres,Bardellini, Straw,<br>et al,200 Crow Canyon Pl. #330<br>San Ramon, CA 94583 | Unsecured | Ord _____ Stipulation with co-owner | $68,328.63 | $0.00 | 68,328.63 |
| 10 -2 620 | Julie Diniz<br>641-3 Warburton Ave #4<br>Yonkers, NY 10701 | Unsecured | | $1,095.00 | $0.00 | 1,095.00 |
| << Totals >> | | | | 525,961.90 | 240,629.43 | 285,332.47 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-40732-RLE
Case Name: RODIN, ELLEN ELVIE SROOG
Trustee Name: John T Kendall

**Balance on hand:** $ 92,508.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SEC-2 | Prof. Martin Schwartz | 49,857.56 | 49,857.56 | 49,857.56 | 0.00 |
| SEC1-1 | New York Community Bank | 150,692.33 | 150,692.33 | 150,692.33 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 92,508.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John T Kendall | 9,953.46 | 0.00 | 6,849.83 |
| Trustee, Expenses - John T Kendall | 45.38 | 0.00 | 31.23 |
| Attorney for Trustee, Fees - GOLDBERG, STINNETT, DAVIS & LINCHE | 74,861.50 | 0.00 | 51,518.60 |
| Attorney for Trustee, Expenses - GOLDBERG, STINNETT, DAVIS & LINCHE | 2,941.76 | 0.00 | 2,024.48 |
| Accountant for Trustee, Fees - BACHECKI, CROM & CO LLP | 19,780.50 | 0.00 | 13,612.65 |
| Accountant for Trustee, Expenses - BACHECKI, CROM & CO LLP | 141.72 | 0.00 | 97.53 |
| Other Fees: ASSOCIATED BANK | 317.44 | 317.44 | 0.00 |
| Other Expenses: CONSOLIDATED EDISON COMPANY OF N.Y. | 1,315.54 | 1,315.54 | 0.00 |
| Trustee, Fees - Tevis Thompson, Jr | 9,953.46 | 0.00 | 6,849.83 |
| Trustee, Expenses - Tevis Thompson, Jr | 140.60 | 0.00 | 96.76 |
| Other Fees: BHG Rand Realty | 8,125.00 | 8,125.00 | 0.00 |
| Other Fees: Crossroads Realty | 8,125.00 | 8,125.00 | 0.00 |
| Other Fees: EFA REALTY INC. | 1,250.00 | 1,250.00 | 0.00 |
| Other Fees: EFA Realty Inc | 6,500.00 | 6,500.00 | 0.00 |
| Other Fees: Rabobank, N.A. | 1,541.92 | 1,541.92 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---|---|---|
| Other Fees: Tarter Krinsky & Drogin LLP | 16,606.05 | 0.00 | 11,428.05 |
| Other Expenses: EFA REALTY INC. | 2,050.00 | 2,050.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 64.02 | 64.02 | 0.00 |
| Other Expenses: TOWER NATIONAL INSURANCE COMPANY | 1,795.75 | 1,795.75 | 0.00 |
| Other Expenses: Tarter Krinsky & Drogin LLP | 8,994.87 | 8,994.87 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 92,508.96
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $400.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 -1 | Elias S. Negron | 400.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 149,413.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2 -1 | Michael D. Leventhal | 6,774.23 | 0.00 | 0.00 |
| 3 -1 | Credit First NA | 466.30 | 0.00 | 0.00 |
| 4 -1 | Colonial Pacific Leasing Corporation | 73,294.84 | 0.00 | 0.00 |
| 5 -1 | American InfoSource LP as agent for | 353.84 | 0.00 | 0.00 |
| 6 -1 | American InfoSource LP as agent for | 107.26 | 0.00 | 0.00 |
| 7 -1 | American InfoSource LP as agent for | 87.94 | 0.00 | 0.00 |
| 8 -1 | Martin Schwartz | 68,328.63 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,095.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10 -2 | Julie Diniz | 1,095.00 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**